CAUSE NO. 3:19-cv-00185

| | |
|---|---|
| **PRESTON HOLLOW CAPITAL, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**MARK C. BOULDIN**<br><br>Defendant. | UNITED STATES DISTRICT COURT<br><br>SOUTHERN DISTRICT OF TEXAS<br><br>GALVESTON DIVISION |

# STIPULATION

Plaintiff Preston Hollow Capital, LLC, Defendants Mark C. Bouldin and Senior Care Living VI, LLC and the Receiver Health Management Partners/Derek Pierce state the following as background for the stipulations stated below:

1. By Order dated June 30, 2020 (Doc. No. 132), the Court adopted the Receiver's final report and accounting and ordered the discharge of the Receiver, effective upon the Receiver filing written notice pursuant to the Order.

2. UMB applied for a state court receivership over the Project and UMB and Senior Care agreed to an order for such a receiver to be appointed by the State District Court in Fort Bend County, Texas.

3. The State District Court has not yet entered the agreed order and has set a hearing for Monday July 6, 2020.

4. The Receiver will need some additional time to coordinate final bill payment and distribution of funds before filing the notice as stated in the Order (Doc. No. 132).

5. The parties desire to coordinate the final discharge of the Receiver in this case with the commencement of the receiver in the state court case.

Based on the foregoing, the parties agree and stipulate as follows:

1. The Receiver may delay the filing of the written notice, as required by the Order (Doc. No. 132), pending an order of the State District Court.

2. The Receiver's deadline for final winding up and final discharge pursuant to the required written notice of the Receiver is extended, subject to the time limits of this Stipulation.

3. The Receiver's required written notice to be filed in this case pursuant to the Order, Doc. No. 132, shall be filed no later than 48 hours following the earlier of (i) the signing of the agreed receiver order by the state court or (ii) written notice from counsel for Senior Care to counsel for the Receiver, a copy of which shall be filed with the papers in this case.

4. The notice from counsel for Senior Care to counsel for the Receiver shall not be given any sooner than 9 a.m. on Tuesday July 7, 2020.

DATED this 3rd day of July, 2020.

                                                                                   Agreed

By: /s/ *Jeff Joyce*
Jeff Joyce
State Bar No. 11035400
Federal ID No. 10762
712 Main Street, Suite 1500
Houston, Texas  77002

Telephone: 713.222.1113
Facsimile: 713.513.5577
jjoyce@jjoyce@jmlawyers.com


**ATTORNEYS FOR PLAINTIFF
PRESTON HOLLOW CAPITAL, LLC**

By: /s/ *Christopher Halgren*
Christopher Halgren
State Bar No.  24069859
McGinnis Lochridge LLP
711 Louisiana St., Suite 1600
Houston, Texas  77002
713.615.8500
713.615.8585 (fax)
chalgren@mcginnislaw.com

**ATTORNEYS FOR DEFENDANTS MARK C. BOULDIN AND SENIOR CARE LIVING VI, LLC**

By: /s/ Ryan K. Cochran
Ryan K. Cochran
Attorney
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Direct 615.850.8778
Fax 615.244.6804
Main 615.244.6380
ryan.cochran@wallerlaw.com

**ATTORNEYS FOR RECEIVER HEALTHCARE MANAGEMENT PARTNERS, LLC AND DEREK PIERCE**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served in a manner prescribed by the Federal Rules of Civil Procedure on July 3rd, 2020 to:

Christopher Halgren
State Bar No. 24069859
McGinnis Lochridge LLP
711 Louisiana St., Suite 1600
Houston, Texas  77002
713.615.8500
713.615.8585 (fax)
chalgren@mcginnislaw.com

Marcus Eason
State Bar No. 24092374
McGinnis Lochridge LLP
711 Louisiana St., Suite 1600
Houston, Texas  77002
713.615.8500
713.615.8585 (fax)
meason@mcginnislaw.com

Kevin Beiter
State Bar No. 02059065
600 Congress, Suite 2100
Austin, Texas  78701
512.495-6000
412.495.6093
kbeiter@mcginnislaw.com

Ryan K. Cochran
Attorney
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Direct 615.850.8778
Fax 615.244.6804
Main 615.244.6380
ryan.cochran@wallerlaw.com

By: /s/ *Jeff Joyce*
     Jeff  Joyce